UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO RAIGOSA ARREDONDO,

    Plaintiff,

v.

THOMAS DRAGER, et al.,

    Defendants.

Case No. 14-cv-04687-HSG (PR)

**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 28

    Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **October 20, 2015**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

    This order terminates Docket No. 28.

    **IT IS SO ORDERED.**

Dated: 8/20/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge