UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO RAIGOSA ARREDONDO,

    Plaintiff,

    v.

THOMAS DRAGER, et al.,

    Defendants.

Case No. 14-cv-04687-HSG (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

Re: Dkt. No. 33

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion to dismiss and for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **December 17, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

The Clerk is directed to change Plaintiff's address to Alfredo Raigosa Arredondo, # J-88542, Calipatria State Prison, P.O. Box 5002, Calipatria, CA 92233-5002.

This order terminates Docket No. 33.

**IT IS SO ORDERED.**

Dated:   10/26/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge