UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO RAIGOSA ARREDONDO,

    Plaintiff,

  v.

THOMAS DRAGER, et al.,

    Defendants.

Case No. 14-cv-04687-HSG

**ORDER OF ERRATA**

Docket No. 54 was filed in error and is hereby stricken from the record.

**IT IS SO ORDERED.**

Dated: July 14, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RAIGOSA ARREDONDO,<br><br>            Plaintiff,<br><br>      v.<br><br>THOMAS DRAGER, et al.,<br><br>            Defendants. | Case No.  14-cv-04687-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfredo Raigosa Arredondo ID: J-88542
Calipatria State Prison
P O Box 5002
Calipatria, CA 92233-5002

Dated: July 14, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.