UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RAIGOSA ARREDONDO,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS DRAGER, et al.,<br><br>Defendants. | Case No.  14-cv-04687-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION; REOPENING CASE, LIFTING STAY, AND GRANTING DEFENDANTS LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 57 |

Plaintiff, a California prisoner currently incarcerated at Calipatria State Prison, filed this *pro se* civil rights action under 42 U.S.C. § 1983, regarding events that took place while he was incarcerated at Pelican Bay State Prison ("PBSP").  This case has been administratively closed and stayed for the purposes of settlement proceedings.  Docket No. 57.  Defendants have filed a motion requesting that the Court lift the stay for the limited purpose of considering Defendants' motion for reconsideration, and that the Court grant Defendants leave to file a motion for reconsideration.  The Court GRANTS Defendants' motion.  The case is re-opened and the stay is lifted.  Defendants may file the motion for reconsideration that is attached as Exhibit A to their motion requesting that the Court lift the stay.  Plaintiff shall file a response to Defendants' motion for reconsideration within **fourteen (14) days** after the date the motion for reconsideration is filed.

This order terminates Docket No. 57.

**IT IS SO ORDERED.**

Dated: 8/24/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge