KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
BRYAN KAO
Deputy Attorney General
State Bar No. 240242
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5564
  Fax:  (415) 703-5843
  E-mail:  Bryan.Kao@doj.ca.gov
*Attorneys for Defendants*
*T. Drager and R. Brunner*


Alfredo Raigosa Arredondo
CDCR No. J-88542
Calipatria State Prison
P.O. Box 5002
Calipatria, CA  92233-5002

*Plaintiff in Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALFREDO RAIGOSA ARREDONDO,**<br><br>Plaintiff,<br><br>v.<br><br>**GLEN W. OLSON, et al.,**<br><br>Defendants. | C 14-04687 HSG (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Alfredo Raigosa Arredondo and Defendants T. Drager and R. Brunner have resolved this case in its entirety.  In accordance with their settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice. The filing of this stipulation automatically terminates this action.

1  Each party shall bear their own costs in connection with this action.

2  It is so stipulated.

3

4

5  Dated: 10-26-16                                    /s/ Alfredo Arredondo
                                                     Alfredo Raigosa Arredondo (J-88542)
6                                                    *Plaintiff in Pro Se*

7

8

9  Dated: 10/26/16                                   /s/ Bryan Kao
                                                     Bryan Kao
10                                                   Deputy Attorney General
                                                     California Attorney General's Office
11                                                   *Attorneys for Defendants*
                                                     *T. Drager and R. Brunner*
12

13

14  **IT IS SO ORDERED:**

15

16  Dated: October 28, 2016
17                                                   The Hon. Haywood S. Gilliam, Jr.
                                                     United States District Judge
18

19
    SF2015200029
20  20909072.doc

21

22

23

24

25

26

27

28

2

Stip. & [Proposed] Order Voluntary Dismissal (C 14-04687 HSG (PR))